IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALBERT THOMAS,**<br><br>Plaintiff,<br><br>**v.**<br><br>**W. MONTGOMERY, et al.,**<br><br>Defendants. | Case No. 3:18-cv-01835-GPC-JLB<br><br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Plaintiff Albert Eugene Thomas (CDCR No. E88239) and Defendants J. Garcia, J. Ramirez, A. Beltran, and J. Coronado have resolved this case in its entirety and stipulated to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Further, the parties stipulated that each party shall bear its own litigation costs and attorney's fees.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  February 18, 2021

Hon. Gonzalo P. Curiel
United States District Judge

1